EDWARD N. FOURNIER, Respondent, *v.* UNION BAG AND PAPER COMPANY, Appellant.

*Fournier* v. *Union Bag & Paper Co.*, 153 App. Div. 933, affirmed.
(Argued June 9, 1914; decided July 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 27, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Charles B. Sullivan* and *Danforth E. Ainsworth* for appellant.

*James W. Verbeck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, HOGAN, MILLER and CARDOZO, JJ.  Not voting: HISCOCK, J.